MsCichowski v Mlmic Ins. Co. (2024 NY Slip Op 04724)

MsCichowski v Mlmic Ins. Co.

2024 NY Slip Op 04724

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (7/24) CA 23-00416.

[*1]BOGDAN MSCICHOWSKI, M.D., PLAINTIFF-APPELLANT, 
v
MLMIC INSURANCE COMPANY, FORMERLY KNOWN AS MEDICAL LIABILITY MUTUAL INSURANCE COMPANY, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER Motion for reargument or leave to appeal to the Court of Appeals denied.